UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ADRIAN MIRANDA DEL VALLE,

Petitioner,

v.

No. 1:26-CV-00061-H

WARDEN, BLUEBONNET
DETENTION CENTER,

Respondent.

## ORDER

Adrian Miranda del Valle is a native and citizen of Cuba. Proceeding pro se, del Valle filed an amended 28 U.S.C. § 2241 habeas petition to challenge the legality of his immigration detention at the Bluebonnet Detention Center (BDC) since December 22, 2025, when ICE detained him and initiated removal proceedings against him. Dkt. No. 10. He seeks immediate release and a declaratory judgment that his detention is unlawful.

Respondent filed a response and relevant records, arguing that the Court should deny the petition because del Valle fails to demonstrate that his continued detention violates the Constitution or laws of the United States. Dkt. Nos. 14, 15. In particular, Respondent argues that, even though del Valle was present in the United States when ICE detained him, under the binding precedent recently established by the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, Cabello is nevertheless deemed an "application for admission" for purposes of Section 1225(a)(1) and, therefore, subject to mandatory detention without bond under Section 1225(b)(2)(A) for the duration of his removal proceedings. Dkt. No. 14 at 3–6; *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502 (5th Cir. 2026). Additionally, Respondent

argues that del Valle's due process claim and claims for declaratory and injunctive relief have no merit. Dkt. No. 14 at 6–7.

The deadline for del Valle to file a reply expired. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that del Valle fails to demonstrate that his detention is unlawful and, in turn, fails to demonstrate that he is entitled to the relief that he seeks in his petition. Del Valle's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated June 16, 2026.

 

 

JAMES WESLEY HENDRIX
United States District Judge